UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 1000 WELFARE, PENSION, ANNUITY, VACATION, and TRAINING FUNDS, and LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 1000,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>INTERCOUNTY PAVING ASSOCIATES, L.L.C.,<br><br>                    Defendant. | CIVIL ACTION NO. 07 CV 10284 (WCC) (GAY)<br><br>Civil Action<br><br>**ACKNOWLEDGMENT OF SERVICE ON BEHALF OF DEFENDANT INTERCOUNTY PAVING ASSOCIATES, LLC** |

PLEASE TAKE NOTICE that defendant hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for defendant and demand that all papers in this action be served upon the undersigned at the office address set forth below and hereby acknowledges service on behalf of the defendant on this 26th day of November, 2007.

Dated: New York, New York
       December 13, 2007

COLE, SCHOTZ, MEISEL, FORMAN
  & LEONARD, P.A.
A Professional Corporation


By: *s/ Nolan E. Shanahan*
    Nolan E. Shanahan
    900 Third Avenue, 16th Floor
    New York, New York 10022
    (212) 752-8000
    nshanahan@coleschotz.com
    Attorneys for Defendant