ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE LABORERS
INTERNATIONAL UNION OF NORTH
AMERICA LOCAL 1000 WELFARE,
PENSION, ANNUITY, VACATION, and
TRAINING FUNDS, and LABORERS
INTERNATIONAL UNION OF NORTH
AMERICA LOCAL 1000,

    Plaintiff,

 -against-

INTERCOUNTY PAVING ASSOCIATES,
L.L.C.,

    Defendant.

---

Index No. 07 CIV 10284 (WCC)
(GAY)

**STIPULATION AND ORDER**
extending time to Answer

ECF CASE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the above-captioned action, that the time for defendant Intercounty Paving Associates, L.L.C. to answer, move or otherwise plead in response to plaintiffs' Complaint is extended to and including Wednesday, January 16, 2008.

Dated: New York, New York
   December 17, 2007

GELLERT & KLEIN, P.C.

By: _____
 Stephen E. Ellers (SE-3094)
 Attorneys for Plaintiffs
 75 Washington Street
 Poughkeepsie, New York 12601
 (845) 454-3250

COLE, SCHOTZ, MEISEL, FORMAN
 & LEONARD, P.A.

By: _____
 Nolan E. Shanahan (NS-4598)
 Attorneys for Defendant
 900 Third Avenue, 16th Floor
 New York, New York 10022
 (212) 752-8000

SO ORDERED:  Jan. 2, 2008

_____
Sr. U.S.D.J.

Copies mailed to counsel of record for π
and mailed to Δ counsel

47363/0081-3108587v1