*ORIGINAL*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
......................................................

TRUSTEES OF THE LABORERS
INTERNATIONAL UNION OF NORTH
AMERICA LOCAL 1000 WELFARE,
PENSION, ANNUITY, VACATION, and
TRAINING FUNDS, and LABORERS
INTERNATIONAL UNION OF NORTH
AMERICA LOCAL 1000,

Index No. 07 CIV 10284 (WCC)
(GAY)    ECF CASE

**STIPULATION AND ORDER**

Plaintiff,

-against-

INTERCOUNTY PAVING ASSOCIATES,
L.L.C.,

Defendant.
......................................................

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties to the above-captioned action, that the time for defendant Intercounty

Paving Associates, L.L.C. to answer, move or otherwise plead in response to plaintiffs'

Complaint is extended to and including Monday, January 28, 2008.

Dated: New York, New York
January 15, 2008

GELLERT & KLEIN, P.C.

By: _____
Stephen E. Ehlers (SE-3094)
Attorneys for Plaintiffs
75 Washington Street
Poughkeepsie, New York 12601
(845) 454-3250

COLE, SCHOTZ, MEISEL, FORMAN
& LEONARD, P.A.

By: _____
Nolan E. Shanahan (NS-4598)
Attorneys for Defendant
900 Third Avenue, 16th Floor
New York, New York 10022
(212) 752-8000

Dated: January 23, 2008
White Plains, NY

SO ORDERED:

/ William C. Conner
Senior U.S.D.J

COPIES MAILED TO COUNSEL OR PARTIES for ΔG
AND E-MAILED TO π's COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: