UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 1000 WELFARE, PENSION, ANNUITY, VACATION and TRAINING FUNDS, and LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 1000,<br><br>        Plaintiffs,<br><br>  -against-<br><br>INTERCOUNTY PAVING ASSOCIATES, L.L.C.,<br><br>        Defendant. | Case No. 07 CIV 10284 (WCC)(GAY)<br><br>**RULE 7.1 DISCLOSURE OF INTERCOUNTY PAVING ASSOCIATES, L.L.C.** |

As required by Federal Rule of Civil Procedure 7.1, Intercounty Paving Associates, L.L.C., the defendant in this case, provides the following information to the court:

Intercounty Paving Associates, L.L.C. is not owned by any other parent corporation and no publicly held corporation owns 10% or more of the stock of Intercounty Paving Associates, L.L.C.

DATED: New York, New York
        January 28, 2008

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation

By:   */s/ Nolan E. Shanahan*
     Nolan E. Shanahan (NS-4598)
     Attorneys for Defendant
     Intercounty Paving Associates, L.L.C.
     900 Third Avenue
     16th Floor
     New York, NY 10022-4728
     (212) 752-8000

TO:

GELLERT & KLEIN, P.C.
Attn: Stephen E. Ellers, Esq. (SE-3094)
Attorneys for Plaintiffs
Trustees of the Laborers International
Union of North America Local 1000
Welfare, Pension, Annuity, Vacation
and Training Funds and Laborers International
Union of North America Local 1000
75 Washington Street
Poughkeepsie, New York 12601
(845) 454-3250