UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
TRUSTEES OF THE LABORERS INTERNATIONAL
UNION OF NORTH AMERICA LOCAL 1000
WELFARE, PENSION, ANNUITY, VACATION,                    **NOTICE OF MOTION**
and TRAINING FUNDS, and LABORERS
INTERNATIONAL UNION OF NORTH AMERICA                    **07 CIV 10284 (WCC)(GAY)**
LOCAL 1000,

                        Plaintiffs,

      - against -

INTERCOUNTY PAVING ASSOCIATES, L.L.C,

                        Defendant.
------------------------------------------------------------------------------X

    Please take notice that upon the certification of Stephen E. Ehlers and the exhibits attached thereto, plaintiffs' brief and upon all the prior proceedings herein plaintiffs will move this Court at the United States Courthouse at 300 Quarropas Street, White Plains, New York for an order granting plaintiffs their interest, penalty interest, attorneys fees, costs and disbursements pursuant to 29 U.S.C. § 1132(g)(2) and granting plaintiffs such other and further relief which the Court may deem just and proper.

    Oral argument and personal appearance will be made only if requested by the Court.

Dated:  March  10, 2008

                                                                  GELLERT & KLEIN, P.C.

                                                                  /s/_____
                                                                  STEPHEN E. EHLERS (SE 3094)
                                                                  Attorneys for Plaintiff
                                                                  75 Washington Street
                                                                  Poughkeepsie, NY 12601
                                                                  (845) 454-3250

TO:

Nolan Shanahan, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
25 Main Street - P.O. Box 800
Hackensack, NJ  07602-0800

F:\USER\clients\L\LABORERS\Intercounty\2007 CASE\Legal\NOTICE OF MOTION-022608.wpd\March 5, 2008 (1:58pm)