UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
TRUSTEES OF THE LABORERS INTERNATIONAL
UNION OF NORTH AMERICA LOCAL 1000       **CERTIFICATION OF**
WELFARE, PENSION, ANNUITY, VACATION,       **STEPHEN E. EHLERS**
and TRAINING FUNDS, and LABORERS
INTERNATIONAL UNION OF NORTH AMERICA       07 CIV 10284 (WCC)(GAY)
LOCAL 1000,

                             Plaintiffs,

        - against -

INTERCOUNTY PAVING ASSOCIATES, L.L.C,

                             Defendant.
.--------------------------------------------------------------------------------X

       STEPHEN E. EHLERS, certifies the following to be true under the penalty of perjury:

       1.     This certification is made in support of plaintiffs' application, for interest, penalty interest, attorneys fees, costs and disbursements with respect to the above matter.

## **OVERVIEW OF CASE**

       2.     This is an action by which plaintiffs, Laborers Local 1000 and its affiliated employee fringe benefit funds, sought dues and contributions from defendant for hours worked by employees of the defendant at the laborers trade within the territorial jurisdiction of the Laborers Local 1000.

       3.     The complaint was filed on November 13, 2007. The case was assigned to Judge Conner. Defendant filed its answer on or about January 28, 2008 through Cole, Schotz, Meisel, Forman & Leonard, P.A.

       4.     On or about November 30, 2007, the defendant submitted its check to the Fund Office in the amount of $31,949.46 with remittance reports covering the delinquency

from the period April 2, 2007-July 29, 2007 (copies attached as Exhibit A).  The Fund Office was directed by the defendant to hold this check until December 20, 2007 when it was released for deposit.

5.      Thereafter I endeavored to come to an agreement with Robert Dowd, Esq., the attorney with Cole, Schotz, Meisel, Forman & Leonard, P.A. who is handling this matter for the defendant, with respect to interest, penalty interest, our attorneys fees and other expenses.  These efforts were unsuccessful.

## My Qualifications

6.      Over the years I have handled hundreds of ERISA delinquent contribution collection actions.  I have been a lecturer before the New York State Bar Association on employment-related issues.  I have frequently addressed the Bar Association's continuing legal education programs throughout New York State on topics relating to ERISA.  I have authored articles for the <u>New York State Bar Association Journal</u> and the <u>Labor and Employment Law Section Newsletter</u> of the State Bar Association.  Another article was published in Business Laws, Inc. in its publication, <u>The Corporate Analyst</u> entitled "What Every Corporate Counsel Should Know About ERISA".  Recently I wrote "So What's ERISA All About?: A Concise Guide for Labor and Employment Attorneys" published in April 2004 in the <u>Labor & Employment Newsletter</u> of the New York State Bar Association and republished in October 2005 by the <u>New York State Bar Association Journal</u>.  In 2004 I testified as an expert witness on the issue of the applicability of ERISA to a deferred bonus plan.  I am peer rated AV by Martindale Hubbell.  A reasonable community standards hourly rate for attorneys' time with respect to this matter based on my experience and rates for attorneys in the Southern District of New York is at least $275.00 per hour.

**Gellert & Klein, P.C.**

7.  Gellert & Klein, P.C. is a law firm which traces its history to 1933 when Joseph H. Gellert became a member of the Dutchess County Bar. In 1966, Judge Gellert's son, Arthur L. Gellert, joined his father in the practice of law as Gellert & Gellert. I joined the Gellerts in 1972. Sheldon Cutler and Leonard Klein formed a professional corporation known as Cutler & Klein, P.C. in 1969. The two firms merged in 1980 and are now known as Gellert & Klein, P.C. which now has twenty attorneys and of counsel with expertise in a broad range of practice areas. In 1991 an office was added in Westchester County. The firm is one of the largest and most diversified in the Hudson Valley.

**Interest and Penalty Interest**

8.  Attached as Exhibit B is a calculation of the interest and penalty interest incurred by the plaintiffs in this matter. This calculation uses an average due date of June 1, 2007 and a paid date of December 20, 2007. The interest rate of 8% is in accordance with ERISA §502(g)(2) and Treasury Regulation §301.6621-3(e).

**Time Records**

9.  Attached as Exhibit C is a computer printout of the contemporaneous time records through March 4, 2008 which I kept during the course of this litigation. It indicates that I have devoted a total of 15.7 hours to this case as of March 4, 2008 which at a rate of $275/hour is $4,317.50. I incurred no travel time so there is no need to deduct one-half of all travel time in accordance with the rules for this District on fee applications.

10. Exhibit D is an itemization of our attorney's disbursements necessarily

incurred during this litigation in our representation of the plaintiffs which total $419.36.

## **Fee Arrangement**

11.     Plaintiffs retain the services of Gellert & Klein, P.C. on a monthly retainer basis for non-litigated matters.  In addition, litigated and other extraordinary matters are handled at a reduced hourly rate of $220.00 pursuant to our retainer agreement with plaintiffs.  Nonetheless, it is respectfully submitted that an hourly rate of $275.00 per hour is appropriate for an attorney with my qualifications practicing in the Southern District of New York.  This is established by the cases cited in our Brief.

| | | |
|---|---|---|
| 1. | Interest | $1,421.51 |
| 2. | Penalty Interest | $1,421.51 |
| 3. | Attorney's fees<br>15.7 hours x $275.00 per hour | $4,317.50 |
| 4. | Costs per statute, 28 U.S.C. § 1923 | $     20.00 |
| 5. | Attorney's Disbursements | $    419.36 |
| | Total Interest, Penalty Interest Fees<br>Costs and Disbursements | $7,599.88 |

Dated:     March 10, 2008
               Poughkeepsie, NY


                                                                 /s/
                                                  Stephen E. Ehlers (SE-3094)
                                                  GELLERT & KLEIN, P.C.
                                                  75 Washington Street
                                                  Poughkeepsie, NY 12601
                                                  (845) 454-3250

28-Feb-08  28Feb08-310

THIS ITEM IS PART OF A PHOTOCOPY REQUEST
GROUP ID G28Feb08-310
Sequence number 105970881247  Posting date 21-DEC-07



Eff 7/1/07           ID #: __08300__

# Laborers Local 1000 Fringe Benefit Funds
514 Haight Avenue, Poughkeepsie, NY 12603 • Phone: (845) 454-1030 • Fax: (845) 471-2569

## HEAVY HIGHWAY CONSTRUCTION AGREEMENT

Employer Name: __INTERCOUNTY PAVING ASSOCIATES__

Address: __859 WILLOW GROVE ST.__
__HACKETTSTOWN, NJ 07840__

Employer Federal Id. No.: _____

Telephone: _____

Payroll week from __7-30-07__ to __9-2-07__

| Social Security Number | Name (include all men on covered payroll) | Local Union | Class | Straight time Hours | Overtime (1 1/2) | Doubletime Hours |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | *see attached* | | | | |
| | | TOTAL | | | | |

|  | | Total Hours | Amount |
|---|---|---|---|
| Regular Straight Time Hours | @ 19.80 | 348.00 | 6,890.40 |
| Overtime Hours | @ 21.19 | 16.50 | 349.64 |
| Double Time Hours | @ 22.60 | | |
| Apprentice Straight Time Hours | @ 10.25 | | |
| Overtime Hours | @ 10.54 | | |
| Double Time Hours | @ 10.85 | | |
| Total amount due | | | 7,240.04 |
| Postage | | | .60 |
| Total incl. Postage | | | 7,240.64 |

**This form must be filled Out and submitted weekly With Payments.**

I certify that the information reflected above is in accordance with the books of account and represent the correct hours for the payroll weeks shown.

Contractor, by submitting this report to the Laborers Local 1000 Fringe Benefit Funds and signing the report, agrees to be bound by the current collective bargaining agreement between the Laborers Local 1000 and its contractor associations in all respects including the obligation to contribute to the Fringe Benefit Funds and further agrees to also be bound by the provisions of the Trust Agreements establishing the Fringe Benefit Funds.

Signature _____  Title _____  Date _____

Check # __12642__  Amount __31,949.46__  Rec'd. __12/4/07__

...Y PAVING ASSOCIATES LLC                    Union Summary Report

Date Range: 08-05-07 to: 09-02-07

Job Selected:   ALL

Union:  LABORERS

Local:  1000  DUTCHESS COUNTY, NY

| Employee | Social Security # | Local Union No. | Regular Hours | Overtime Hours | Total Hours | Total Pay |
|---|---|---|---|---|---|---|
| Class:  2    GROUP | | | | | | |
| MONROE, JOE G. | 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 | Local 1000 | 116.00 | 5.50 | 121.50 | 3,237.96 |
| KOSAKOWSKI , FRANK J. | 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 | Local 1000 | 116.00 | 5.50 | 121.50 | 3,237.96 |
| Class Totals | | | 232.00* | 11.00* | 243.00* | 6,475.92* |
| Class:  4    GROUP 4 | | | | | | |
| WILLIAMS , ROOSEVELT | 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 | Local 1000 | 116.00 | 5.50 | 121.50 | 3,834.36 |
| Local Totals | | | 348.00* | 16.50* | 364.50* | 10,310.28* |
| Union Totals | | | 348.00* | 16.50* | 364.50* | 10,310.28* |

Eff 7/1/07

ID #: __08300__

# Laborers Local 1000 Fringe Benefit Funds

514 Haight Avenue, Poughkeepsie, NY 12603 • Phone: (845) 454-1030 • Fax: (845) 471-2569

## HEAVY HIGHWAY CONSTRUCTION AGREEMENT

Employer Name: __INTERCOUNTY PAVING ASSOCIATES__

Address: __859 WILLOW GROVE ST.__
__HACKETTSTOWN, NJ 07840__

Employer Federal Id. No.: _____

Telephone: _____

Payroll week from __7-2-07__ to __7-29-07__

| Social Security Number | Name (include all men on covered payroll) | Local Union | Class | Straight time Hours | Overtime (1 1/2) | Doubletime Hours |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | See attached | | | | |
| | TOTAL | | | | | |

**This form must be filled Out and submitted weekly With Payments.**

|  |  | Total Hours | Amount |
|---|---|---|---|
| Regular Straight Time Hours | @ 19.80 | 323.50 | 6,405.30 |
| Overtime Hours | @ 21.19 | 12 | 254.28 |
| Double Time Hours | @ 22.60 | | |
| Apprentice Straight Time Hours | @ 10.25 | | |
| Overtime Hours | @ 10.54 | | |
| Double Time Hours | @ 10.85 | | |
| Total amount due | | | 6,659.58 |
| Postage | | | .60 |
| Total incl. Postage | | | 6,660.18 |

I certify that the information reflected above is in accordance with the books of account and represent the correct hours for the payroll weeks shown.

Contractor, by submitting this report to the Laborers Local 1000 Fringe Benefit Funds and signing the report, agrees to be bound by the current collective bargaining agreement between the Laborers Local 1000 and its contractor associations in all respects including the obligation to contribute to the Fringe Benefit Funds and further agrees to also be bound by the provisions of the Trust Agreements establishing the Fringe Benefit Funds.

Signature _____ Title _____ Date _____

Check # __12642__   Amount __31,949.46__   Rec'd. __12/4/07__

```
    NTY PAVING ASSOCIATES LLC              Union Summary Report                    08-15-2007        Page 1

Date Range:  07-08-07 to: 07-29-07

Job Selected:    ALL

Union:   LABORERS

Local:   1000   DUTCHESS COUNTY, NY

                                Social              Local           Regular     Overtime      Total        Total
        Employee                Security #          Union No.       Hours       Hours         Hours        Pay

Class:      2      GROUP
        MONROE, JOE G.          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         Local  1000     108.00      4.00          112.00       2,970.84
        KOSAKOWSKI , FRANK J.   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         Local  1000     105.00      4.00          109.00       2,892.66
                                Class Totals                        213.00*     8.00*         221.00*      5,863.50*

Class:      4      GROUP 4
        WILLIAMS , ROOSEVELT    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         Local  1000     110.50      4.00          114.50       3,595.19

                                Local Totals                        323.50*     12.00*        335.50*      9,458.69*

                                Union Totals                        323.50*     12.00*        335.50*      9,458.69*
```

Eff 7/1/06

ID #: 08300

# Laborers Local 1000 Fringe Benefit Funds

514 Haight Avenue, Poughkeepsie, NY 12603 • Phone: (845) 454-1030 • Fax: (845) 471-2569

## HEAVY HIGHWAY CONSTRUCTION AGREEMENT

Employer Name: INTERCOUNTY PAVING ASSOCIATES
859 WILLOW GROVE ST.
HACKETTSTOWN, NJ 07840

Address _____

Employer Federal Id. No. _____

Telephone: _____

Payroll week from 4-30-07 to 6-3-07

| Social Security Number | Name (include all men on covered payroll) | Local Union | Class | Straight time Hours | Overtime (1 1/2) | Doubletime Hours |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  | TOTAL |  |  |

**This form must be filled Out and submitted weekly With Payments.**

| | | | Total Hours | Amount |
|---|---|---|---|---|
| Regular Straight Time Hours | @ | 18.70 | 770 | 14399.00 |
| Overtime Hours | @ | 20.04 | 141 | 2825.64 |
| Double Time Hours | @ | 21.40 | | |
| Apprentice Straight Time Hours | @ | 9.70 | | |
| Overtime Hours | @ | 9.97 | | |
| Double Time Hours | @ | 10.25 | | |

Total amount due  17224.64
Postage  .60
Total incl. Postage  17225.24

I certify that the information reflected above is in accordance with the books of account and represent the correct hours for the payroll weeks shown.

Contractor, by submitting this report to the Laborers Local 1000 Fringe Benefit Funds and signing the report, agrees to be bound by the current collective bargaining agreement between the Laborers Local 1000 and its contractor associations in all respects including the obligation to contribute to the Fringe Benefit Funds and further agrees to also be bound by the provisions of the Trust Agreements establishing the Fringe Benefit Funds.

Signature _____  Title _____  Date _____
Check # 12642  Amount 31,949.46  Rec'd. 12/4/07

```
                                                                                           Page 1
         06-07 to: 06-03-07

         ected:   ALL

Union:   LABORER

Local:   1000   DUTCHESS COUNTY, NY

                              Social          Local        Regular    Overtime     Total      Total
         Employee             Security #      Union No.    Hours      Hours        Hours      Pay

Class:    1       GROUP 1
                                                           96.00      19.50
         MONROE, JOE G.       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     Local 1000   0.00       0.00         16.00      446.00
         PUSTAI , DONA L.     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     Local 1000   16.00      5.00         21.00      524.05
         SHERIDAN , SHANNA L. 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     Local 1000   16.00      5.00         21.00      524.05
         BROWN , LINDA E.     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     Local 1000   92.00      16.00        108.00     2,586.80
         SCULLY , JANINA Z.   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     Local 1000   70.00      10.50        80.50      1,912.23
                                              Class Totals 202.00*    44.50*       246.50*    5,993.13*

Class:    2       GROUP
                                                           32.00      14.00
         LOBB, GARY           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     Local  472   0.00       6.00         14.00      443.02
         ZERUTH, CHARLES L.   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     Local  472   32.00      5.00         37.00      1,029.37
         MONROE, JOE G.       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     Local 1000   88.00      11.00        99.00      2,723.28
         JENKINS, SHAWN D.    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     Local  472   16.00 24.00 1.50        17.50      475.60
         JENKINS , SHANE D.   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     Local  472   24.00      1.50         25.50      684.08
         MONTANINO , PETER A. 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     Local 1000   32.00      5.00         37.00      1,029.37
         ELMORE JR. , ARTHUR  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     Local 1000   120.00     20.50        140.50     3,928.55
                                              Class Totals 320.00*    50.50*       370.50*    10,313.27*

Class:    3       GROUP 3
         LOBB, GARY           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     Local  472   24.00      8.00         32.00      974.16
         BABUS JR. , STEPHEN R. 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   Local  472   32.00      5.00         37.00      1,068.87
         JENKINS, SHAWN D.    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     Local  472   0.00                    8.00       216.48
         SANDOVAL , JULIO CESAR 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   Local  172   32.00      6.00         38.00      1,109.46
                                              Class Totals 96.00*     19.00*       115.00*    3,368.97*

Class:    4       GROUP 4
         GRAHAM , LYLE        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     Local 1000   152.00     27.00        179.00     5,940.56

                                              Local Totals 770.00*    141.00*      911.00*    25,615.93*

                                              Union Totals 770.00*    141.00*      911.00*    25,615.93*
```

ID #: 08300

# Laborers Local 1000 Fringe Benefit Funds

514 Haight Avenue, Poughkeepsie, NY 12603 • Phone: (845) 454-1030 • Fax: (845) 471-2569

## HEAVY HIGHWAY CONSTRUCTION AGREEMENT

Employer Name: INTERCOUNTY PAVING ASSOCIATES
859 WILLOW GROVE ST.
HACKETTSTOWN, NJ 07840

Address

Employer Federal Id. No. _____

Telephone: _____

Payroll week from 4-2-07 to 4-29-07

| Social Security Number | Name (include all men on covered payroll) | Local Union | Class | Straight time Hours | Overtime (1 1/2) | Doubletime Hours |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | see attached | | | | | |
| | | | | | | |
| | TOTAL | | | | | |

**This form must be filled Out and submitted weekly With Payments.**

|  |  | Total Hours | Amount |
|---|---|---|---|
| Regular Straight Time Hours | @ 18.70 | 44 | 882.80 |
| Overtime Hours | @ 20.04 | | |
| Double Time Hours | @ 21.40 | | |
| Apprentice Straight Time Hours | @ 9.70 | | |
| Overtime Hours | @ 9.97 | | |
| Double Time Hours | @ 10.25 | | |

Total amount due   882.80
Postage   .60
Total incl. Postage   883.40

I certify that the information reflected above is in accordance with the books of account and represent the correct hours for the payroll weeks shown.

Contractor, by submitting this report to the Laborers Local 1000 Fringe Benefit Funds and signing the report, agrees to be bound by the current collective bargaining agreement between the Laborers Local 1000 and its contractor associations in all respects including the obligation to contribute to the Fringe Benefit Funds and further agrees to also be bound by the provisions of the Trust Agreements establishing the Fringe Benefit Funds.

Signature _____   Title _____   Date _____
Check # _____   Amount _____   Rec'd. _____

~~...ATES LLC~~    Union Summary Report    05-11-2007    Page 1

~~...07~~ to: 04-29-07

~~...~~ ALL

~~...~~ LABORER

Local:  1000  DUTCHESS COUNTY, NY

| Employee | Social Security # | Local Union No. | Regular Hours | Overtime Hours | Total Hours | Total Pay |
|---|---|---|---|---|---|---|
| Class:  2  GROUP | | | | | | |
| SMITH , AUGUSTUS E. | 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 | Local 1000 | 26.00 | | 26.00 | 661.96 |
| GRANT , DAMIAN | 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 | Local 1000 | 18.00 | | 18.00 | 458.28 |
| Class Totals | | | 44.00* | .00* | 44.00* | 1,120.24* |
| Local Totals | | | 44.00* | .00* | 44.00* | 1,120.24* |
| Union Totals | | | 44.00* | .00* | 44.00* | 1,120.24* |

Home / Res

Home    About Us    Our Work    Our People    Our Clients    Events

Simple Interest Calculator

Use the boxes below to enter the details of the calculation and click Calculate to see result the month, use its number rather than its name.

|  | Day | Month | Year | Interest Rate |
|---|---|---|---|---|
| From (inclusive) | 1 | 6 | 2007 | 8 % per Year |
| To (inclusive) | 20 | 12 | 2007 | Calculate  Reset |
| Initial amount () | 31949 | | | |

**Result**

| From (inclusive) | Friday 1st June 2007 |
| To (inclusive) | Thursday 20th December 2007 |

|  | Day(s) |  | Week(s) |  | day |
|---|---|---|---|---|---|
|  | 203 | or | 29 | and | 0 (s) |

| Total interest (%) | 4.45 | (rounded to 2 |
| Amount due to interest () | 1421.51 | (calculated o interest) |
| Final amount () | 33370.51 | |

Hints & Tips

- The calculator requires a JavaScript capable Web Browser such as Netscape Navi; later, or Internet Explorer 3.02 and later.
- Enter days, months and years as numbers.
- Only dates from the year 1900 to 2100 will be accepted.
- Leap years are counted as 366 days, non-leap years are 365 days.
- The average daily rate shown is based on a 365 day year.

Corrections and suggestions?

If you spot a problem or have a suggestion for how this calculator can be improved, please editor@hardwicke.co.uk.

Please be aware...

Detail Fee Transaction File List
Gellert & Klein, PC
Date: 03/05/08

Client ID: 22517.6831 Trustees of the Laborers Local 1000
RE: Intercounty Paving Associates, LLC

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 22517.6831 | 10/16/2007 | 5 | A | 19 | 275.00 | 1.00 | $ 275.00 | Summons and Complaint |
| 22517.6831 | 10/16/2007 | 5 | A | 105 | 275.00 | 0.10 | 27.50 | Telephone call with R.J. Merritt |
| 22517.6831 | 10/23/2007 | 5 | A | 105 | 275.00 | 0.20 | 55.00 | Telephone call with Benante |
| 22517.6831 | 10/24/2007 | 5 | A | 6 | 275.00 | 0.30 | 82.50 | Letter to Dodd |
| 22517.6831 | 10/24/2007 | 5 | A | 6 | 275.00 | 0.20 | 55.00 | Letter to Hesse |
| 22517.6831 | 10/25/2007 | 5 | A | 105 | 275.00 | 0.10 | 27.50 | Telephone call with Phil |
| 22517.6831 | 10/26/2007 | 5 | A | 105 | 275.00 | 0.20 | 55.00 | Telephone call with Phil |
| 22517.6831 | 10/26/2007 | 5 | A | 151 | 275.00 | 0.20 | 55.00 | Telephone Attorney Dowd |
| 22517.6831 | 11/8/2007 | 5 | A | 147 | 275.00 | 0.20 | 55.00 | Revise complaint |
| 22517.6831 | 11/9/2007 | 5 | A | 6 | 275.00 | 0.30 | 82.50 | Letter to Ringwood |
| 22517.6831 | 11/9/2007 | 5 | A | 19 | 275.00 | 0.60 | 165.00 | Cover sheet, letter to clerk and letter to secretaries |
| 22517.6831 | 11/14/2007 | 5 | A | 155 | 275.00 | 0.10 | 27.50 | Email Dowd |
| 22517.6831 | 11/14/2007 | 5 | A | 6 | 275.00 | 0.30 | 82.50 | Letter to Dowd |
| 22517.6831 | 11/27/2007 | 5 | A | 19 | 275.00 | 0.30 | 82.50 | Initial Disclosure |
| 22517.6831 | 11/27/2007 | 5 | A | 19 | 275.00 | 0.40 | 110.00 | Notice to Produce |
| 22517.6831 | 11/27/2007 | 5 | A | 19 | 275.00 | 0.40 | 110.00 | Interrogatories |
| 22517.6831 | 11/27/2007 | 5 | A | 19 | 275.00 | 0.30 | 82.50 | Audit Order |
| 22517.6831 | 11/27/2007 | 5 | A | 19 | 275.00 | 0.30 | 82.50 | Deposition Notice |
| 22517.6831 | 11/28/2007 | 5 | A | 6 | 275.00 | 0.30 | 82.50 | Letter to Dowd |
| 22517.6831 | 11/29/2007 | 5 | A | 151 | 275.00 | 0.20 | 55.00 | Telephone Attorney Dowd |
| 22517.6831 | 12/3/2007 | 5 | A | 151 | 275.00 | 0.10 | 27.50 | Telephone Attorney Dowd |
| 22517.6831 | 12/4/2007 | 5 | A | 6 | 275.00 | 0.30 | 82.50 | Letter to Dowd |
| 22517.6831 | 12/4/2007 | 5 | A | 105 | 275.00 | 0.20 | 55.00 | Telephone call with Hesse |
| 22517.6831 | 12/6/2007 | 5 | A | 155 | 275.00 | 0.10 | 27.50 | Email Dowd |
| 22517.6831 | 12/11/2007 | 5 | A | 151 | 275.00 | 0.20 | 55.00 | Telephone Attorney Dowd |
| 22517.6831 | 12/14/2007 | 5 | A | 159 | 275.00 | 0.10 | 27.50 | Review Acknowledgment |
| 22517.6831 | 12/17/2007 | 5 | A | 6 | 275.00 | 0.20 | 55.00 | Letter to clerk |
| 22517.6831 | 12/17/2007 | 5 | A | 159 | 275.00 | 0.10 | 27.50 | Review stipulation |
| 22517.6831 | 12/18/2007 | 5 | A | 159 | 275.00 | 0.10 | 27.50 | Review Aiello letter |
| 22517.6831 | 12/18/2007 | 5 | A | 6 | 275.00 | 0.20 | 55.00 | Letter to client |
| 22517.6831 | 12/18/2007 | 5 | A | 105 | 275.00 | 0.20 | 55.00 | Telephone call with Hesse |
| 22517.6831 | 12/19/2007 | 5 | A | 151 | 275.00 | 0.20 | 55.00 | Telephone Attorney Dowd |
| 22517.6831 | 12/21/2007 | 5 | A | 2 | 275.00 | 0.20 | 55.00 | Telephone conference with client |
| 22517.6831 | 1/4/2008 | 5 | A | 151 | 275.00 | 0.20 | 55.00 | Telephone Attorney Dowd |
| 22517.6831 | 1/8/2008 | 5 | A | 6 | 275.00 | 0.30 | 82.50 | Letter to Benante |
| 22517.6831 | 1/11/2008 | 5 | A | 2 | 275.00 | 0.10 | 27.50 | Telephone conference with client and e-mail |
| 22517.6831 | 1/16/2008 | 5 | A | 105 | 275.00 | 0.20 | 55.00 | Telephone call with Gina Secora |
| 22517.6831 | 1/22/2008 | 5 | A | 159 | 275.00 | 0.10 | 27.50 | Review Shanahan letter |
| 22517.6831 | 1/23/2008 | 5 | A | 151 | 275.00 | 0.10 | 27.50 | Telephone Attorney Dowd |
| 22517.6831 | 1/30/2008 | 5 | A | 8 | 275.00 | 0.30 | 82.50 | Research re: Jury trial |
| 22517.6831 | 1/30/2008 | 5 | A | 6 | 275.00 | 0.30 | 82.50 | Letter to Benante |
| 22517.6831 | 1/30/2008 | 5 | A | 159 | 275.00 | 0.20 | 55.00 | Review Answer |
| 22517.6831 | 2/4/2008 | 5 | P | 159 | 275.00 | 0.30 | 82.50 | Review Brown case re: jury trial |
| 22517.6831 | 2/5/2008 | 5 | P | 151 | 275.00 | 0.10 | 27.50 | Telephone Attorney Dowd |
| 22517.6831 | 2/6/2008 | 5 | P | 151 | 275.00 | 0.10 | 27.50 | Telephone Attorney Dowd |
| 22517.6831 | 2/6/2008 | 5 | P | 151 | 275.00 | 0.20 | 55.00 | Telephone Attorney Dowd |
| 22517.6831 | 2/6/2008 | 5 | P | 6 | 275.00 | 0.20 | 55.00 | Letter to client |
| 22517.6831 | 2/20/2008 | 5 | P | 151 | 275.00 | 0.10 | 27.50 | Telephone Attorney Dowd |
| 22517.6831 | 2/20/2008 | 5 | P | 151 | 275.00 | 0.20 | 55.00 | Telephone Attorney Dowd |
| 22517.6831 | 2/20/2008 | 5 | P | 155 | 275.00 | 0.10 | 27.50 | Email Dowd |
| 22517.6831 | 2/21/2008 | 5 | P | 6 | 275.00 | 0.30 | 82.50 | Letter to Judge Conner |
| 22517.6831 | 2/25/2008 | 5 | P | 6 | 275.00 | 0.30 | 82.50 | Letter to Hesse |
| 22517.6831 | 2/26/2008 | 5 | P | 19 | 275.00 | 0.20 | 55.00 | Notice of Motion |
| 22517.6831 | 2/26/2008 | 5 | P | 19 | 275.00 | 0.50 | 137.50 | Memo of Law |
| 22517.6831 | 2/26/2008 | 5 | P | 19 | 275.00 | 0.60 | 165.00 | SEE Certification |

Detail Fee Transaction File List
Gellert & Klein, PC
Date: 03/05/08

Client ID: 22517.6831 Trustees of the Laborers Local 1000
RE: Intercounty Paving Associates, LLC

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 22517.6831 | 2/29/2008 | 5 | P | 105 | 275.00 | 0.10 | 27.50 | Telephone call with Sharon Hesse |
| 22517.6831 | 2/29/2008 | 5 | P | 19 | 275.00 | 0.60 | 165.00 | Work on certification and brief |
| 22517.6831 | 2/29/2008 | 5 | P | 19 | 275.00 | 0.40 | 110.00 | Work on certificatino |
| 22517.6831 | 3/4/2008 | 5 | P | 151 | 275.00 | 0.10 | 27.50 | Telephone Attorney Dowd |
| 22517.6831 | 3/4/2008 | 5 | P | 159 | 275.00 | 0.10 | 27.50 | Review Order |
| 22517.6831 | 3/4/2008 | 5 | P | 19 | 275.00 | 0.20 | 55.00 | Notice of Motion |
| 22517.6831 | 3/4/2008 | 5 | P | 19 | 275.00 | 0.40 | 110.00 | Work on certification |
| 22517.6831 | 3/4/2008 | 5 | P | 19 | 275.00 | 0.60 | 165.00 | Work on brief |
| | Total | | | | | 15.70 | $4,317.50 | |

Date: 03/05/2008  Detail Cost Transaction File List  Page: 1
Gellert & Klein, PC

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 22517.6831 Trustees of the Laborers Local 1000 | | | | | | | | |
| 22517.6831 | 10/15/2007 | 5 | A | 19 | | 25.00 | File retrieval | ARCH |
| 22517.6831 | 10/24/2007 | 5 | A | 15 | 0.200 | 1.00 | Photocopies | ARCH |
| 22517.6831 | 11/09/2007 | 5 | A | 19 | | 350.00 | U.S. District Court Clerk - Filing of Summons & Complaint | ARCH |
| 22517.6831 | 11/09/2007 | 5 | A | 15 | 0.200 | 12.00 | Photocopies | ARCH |
| 22517.6831 | 11/09/2007 | 5 | A | 18 | | 13.16 | Postage | ARCH |
| 22517.6831 | 11/14/2007 | 5 | A | 15 | 0.200 | 2.20 | Photocopies | ARCH |
| 22517.6831 | 11/28/2007 | 5 | A | 15 | 0.200 | 5.60 | Photocopies | ARCH |
| 22517.6831 | 12/04/2007 | 5 | A | 128 | | 2.00 | Facsimile Telephone Transfers | ARCH |
| 22517.6831 | 12/04/2007 | 5 | A | 15 | 0.200 | 0.20 | Photocopies | ARCH |
| 22517.6831 | 12/14/2007 | 5 | A | 15 | 0.200 | 1.20 | Photocopies | ARCH |
| 22517.6831 | 12/18/2007 | 5 | A | 15 | 0.200 | 1.40 | Photocopies | ARCH |
| 22517.6831 | 12/19/2007 | 5 | A | 15 | 0.200 | 0.80 | Photocopies | ARCH |
| 22517.6831 | 01/16/2008 | 5 | A | 128 | | 2.00 | Facsimile Telephone Transfers | ARCH |
| 22517.6831 | 01/22/2008 | 5 | A | 15 | 0.200 | 0.40 | Photocopies | ARCH |
| 22517.6831 | 01/30/2008 | 5 | A | 15 | 0.200 | 0.20 | Photocopies | ARCH |
| 22517.6831 | 02/07/2008 | 5 | P | 15 | 0.200 | 0.20 | Photocopies | 37 |
| 22517.6831 | 02/25/2008 | 5 | P | 15 | 0.200 | 1.60 | Photocopies | 38 |
| 22517.6831 | 02/26/2008 | 5 | P | 15 | 0.200 | 0.40 | Photocopies | 39 |

Total for Client ID 22517.6831    Billable    419.36  Trustees of the Laborers Local 1000
RE: Intercounty Paving Associates, LLC

**GRAND TOTALS**

Billable    419.36

WLM    Wednesday 03/05/2008 3:05 pm