**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

TRUSTEES OF THE LABORERS INTERNATIONAL
UNION OF NORTH AMERICA LOCAL 1000
WELFARE, PENSION, ANNUITY, VACATION,
and TRAINING FUNDS, and LABORERS
INTERNATIONAL UNION OF NORTH AMERICA
LOCAL 1000,

> **STIPULATION AND ORDER OF DISMISSAL**
>
> **07 CIV 10284 (WCC)(GAY)**
>
> ECF CASE

                                    Plaintiffs,

      - against -

INTERCOUNTY PAVING ASSOCIATES, L.L.C,

                                Defendant.

------------------------------------------------------------------------x

     **WHEREAS**, to avoid the expense and inconvenience of continued litigation and the parties having agreed to settle this action, it is

     **HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties that this action be discontinued with prejudice and without costs.

Dated: _____, 2008

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.

BY: _____
    Nolan Shanahan
    25 Main Street - P.O. Box 800
    Hackensack, NJ 07602-0800
    (201) 489-3000

GELLERT & KLEIN, P.C.

BY: _____
    Stephen E. Ehlers (SE 3094)
    Attorneys for Plaintiffs
    75 Washington Street
    Poughkeepsie, NY 12601
    (845) 454-3250

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-COPIES MAILED TO CHAMBERS OF RECORD
AND MAILED TO Δ's COUNSEL

/ SO ORDERED: April 23, 2008

/ _William C. Conner_
Hon. William C. Conner, U.S.D.J.